IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CITY OF LA CROSSE,

        Plaintiff,                      ORDER

  v.

                                                  10-cv-480-wmc

DAVID A. MONTEALEGRE,

        Defendant.

---

    In this civil action, the City of LaCrosse alleges that David A. Montealegre (1) violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); (2) breached a fiduciary duty owed to plaintiff while employed as the Director of Information Systems and Technology for plaintiff; and (3) will be unjustly enriched because he registered or renewed several domain names in his own name and not in the name of the City.  With its complaint, plaintiff filed a motion for preliminary injunction and supporting materials.  Dkt. #3.

    IT IS ORDERED that defendant will have 15 days from service of the complaint, plaintiff's preliminary injunction motion, supporting materials and a copy of this order, whichever is latest, in which to respond to the motion.  Certificate of complete service shall be promptly filed with the court and served on defendant.  In accordance with this court's procedures for preliminary injunctions, plaintiff shall not file a reply without first obtaining leave of court.  If necessary, an evidentiary hearing regarding the preliminary injunction will be scheduled 14 to 21 days after defendant's response is due.

    Entered this 30th day of August, 2010.

                                            BY THE COURT:
                                            /s/
                                            _____
                                            WILLIAM M. CONLEY
                                            District Judge