IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CITY OF LA CROSSE,

                Plaintiff,

v.

DAVID A. MONTEALEGRE,

                Defendant.

FINAL JUDGMENT

10-cv-480-wmc

Pursuant to this court's earlier order (dkt. #20) and the subsequent declaration of Jennifer Gregor, IT IS ORDERED that:

Final judgment is entered in favor of the plaintiff, the City of La Crosse, Wisconsin (the "City"), and against the defendant, David Montealegre, on plaintiff's claims for cybersquatting under 15 U.S.C. § 1225(d), unjust enrichment and breach of fiduciary duty, in the amount of $45,140.56, which comprises:

    a) $15,000.00 statutory damages in accordance with 15 U.S.C. § 1117(d) and 1125(d) for Montealegre's cybersquatting of the domain names: foresthillsgolf.org, foresthillsgolf.us and lacrossecenter.com; and

    b) $30,140.56 for attorney's fees and costs for willingful infringement under 15 U.S.C. § 1117(a).

Entered this 12th day of August, 2011.

                              BY THE COURT:

                              WILLIAM M. CONLEY
                              District Judge

Entered this 15TH day of August, 2011.

Peter Oppeneer, Clerk of Court